UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Robbin T. Schwartzenhauer, et al.</u>

        v.                                  Case No. 23-cv-506-JL-TSM

<u>Hillsborough County, NH, et al.</u>

<u>ORDER</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated December 12, 2023.

                                                        _____
                                                        Joseph N. Laplante
                                                        United States District Judge

Date: January 3, 2024

cc:   Robbin T. Schwartzenhauer, et al., pro se